```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


CYNTHIA O'CONNER,                    )
                                     )    2:11-cv-00818-GEB-CMK
            Plaintiff,               )
                                     )
       v.                            )    RELATED CASE ORDER
                                     )
THE UNITED STATES OF AMERICA,        )
                                     )
            Defendant.               )
_____    )
CYNTHIA O'CONNER,                    )
                                     )    2:11-cv-02803-MCE-CMK
            Plaintiff,               )
                                     )
       v.                            )
                                     )
THE UNITED STATES OF AMERICA;        )
SHINGLETOWN MEDICAL CENTER;          )
ALBERT GORDON LUI, M.D.; DOLLY       )
BROOKS, N.P.,                        )
                                     )
            Defendants.              )
_____    )
```

        Defendant, the United States of America, filed a "Notice of Related Cases" in which it states: "the captioned cases are related within the meaning of Local Rule 83-123 . . . [since b]oth actions involve similar parties and are based on the same claims."

        Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge to whom the first filed action was assigned. Therefore, action 2:11-cv-02803 is reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any date currently set in the reassigned case

1  is VACATED. Henceforth the caption on documents filed in the reassigned
2  case shall show the initials "GEB."
3
4          Further, a Status Conference is scheduled in 2:11-cv-02803-
5  GEB-CMK before the undersigned judge on February 27, 2012 at 9:00 a.m.
6  A joint status report shall be filed no later than fourteen (14) days
7  prior.[1]
8          The Clerk of the Court shall make appropriate adjustment in
9  the assignment of civil cases to compensate for this reassignment.
10 Dated:  December 15, 2011
11
12                                      _____
                                        GARLAND E. BURRELL, JR.
13                                      United States District Judge

---

[1]   The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2