**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (California State Bar No. 98746)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA O'CONNER,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendants.<br>_____/ | Case No. 2:11-cv-02803-GEB-CMK<br><br>STIPULATION and ORDER TO CONTINUE HEARING ON UNITED STATES' OF AMERICA'S MOTION TO DISMISS WITH PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT<br><br>Date: November 19, 2012<br>Time: 9:00 a.m.<br>Courtroom 10<br>Garland E. Burrell, Jr. Judge |

Plaintiff, CYNTHIA O'CONNER, by and through her attorney, and Defendant, UNITED STATES OF AMERICA, by and through its attorney, hereby stipulate as follows:

IT IS HEREBY STIPULATED by and between the parties hereto that the hearing on Defendant United States' of America's Motion to Dismiss for Lack of Subject Matter Jurisdiction presently scheduled to be heard on November 19, 2012, be continued to December 3, 2012.

IT IS FURTHER STIPULATED between the parties that Plaintiff's opposition to said Motion shall be filed and served on or before November 15, 2012, and Defendant's reply to said opposition

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 9
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation & Order to Continue Hearing on Motion to Dismiss for Lack of Subject Matter Jurisdiction

1

shall be filed and served on or before November 26, 2012.

Dated: November 1, 2012.                    ALTEMUS & WAGNER

                                                 /s/ Stewart C. Altemus
                                                 Stewart C. Altemus
                                                 Attorney for Plaintiff

Dated: November 2, 2012.                    UNITED STATES OF AMERICA

                                                 /s/ Lynn Trinka Ernce
                                                 Lynn Trinka Ernce
                                                 Assistant U.S. Attorney
                                                 Attorneys for Defendant

## **ORDER**

Pursuant to the foregoing Stipulation of the parties, the hearing on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction presently scheduled to be heard on November 19, 2012, is hereby continued to December 3, 2012 at 9:00 a.m. in Courtroom 10.

It is further ordered that Plaintiff's opposition to said Motion shall be filed and served on or before November 15, 2012 and Defendant's reply to Plaintiff's opposition shall be filed and served on or before November 26, 2012.

Dated: November 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 9
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation & Order to Continue Hearing on Motion to Dismiss for Lack of Subject Matter Jurisdiction

Stipulation & Order to Continue Hearing on Motion to Dismiss for Lack of Jurisdiction        2