BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA O'CONNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO.  2:11-cv-02803 GEB CMK<br><br>**STIPULATION REQUESTING MODIFICATION OF EXPERT WITNESS DEADLINES IN SCHEDULING ORDER; PROPOSED ORDER** |

　　　　Plaintiff Cynthia O'Conner and defendant United States of America hereby stipulate and agree as follows:

　　　　　　1.　　On February 17, 2012, the Court entered its Status (Pretrial Scheduling) Order for the case.  Docket 14.

　　　　　　2.　　The scheduling order set the following expert witness disclosure deadlines:

　　　　　　　　Expert Witness Disclosure　　　　December 3, 2012
　　　　　　　　Supplemental Expert Witnesses　　January 3, 2013

　　　　　　3.　　On October 12, 2012, the United States filed a motion to dismiss plaintiff's complaint in this action with prejudice for lack of subject matter jurisdiction. Docket 16.  The United States set the hearing on the motion for November 19, 2012.  *Id.*

Stipulation to Modify Expert Witness
Deadlines in Scheduling Order; Proposed Order

1

4. On November 2, 2012, at plaintiff's request, the parties stipulated to continue to hearing date and modify the briefing schedule for the motion to dismiss. Docket 17.

5. The Court approved the stipulation and signed an order on November 5, 2012 which rescheduled the hearing on the motion to dismiss to December 3, 2012. Docket 18.

6. Because the motion to dismiss is set to be heard on the same day on which the parties' initial expert witness disclosures are due, the parties agree that good cause exists to request that the Court modify its scheduling order to allow time for the Court to rule on the motion before the parties are required to incur the time and expense necessary to disclose expert witnesses.

7. Accordingly, the parties agree to request that the Court modify the scheduling order as follows, or to alternative dates convenient to the Court:

|  | Old Date | New Date |
|---|---|---|
| Expert Witness Disclosure | December 3, 2012 | February 22, 2013 |
| Supplemental Expert Witnesses | January 3, 2013 | March 13, 2013 |

8. Since the parties are not asking the Court to modify the discovery cutoff, pretrial, or trial dates, modification of the scheduling order will not prejudice either party, and should not negatively impact the Court's schedule for this case.

Respectfully submitted,

DATED: November 5, 2012            BENJAMIN B. WAGNER
                                   United States Attorney

                            By:    _/s/ Lynn Trinka Ernce_
                                   LYNN TRINKA ERNCE
                                   Assistant United States Attorney

DATED: November 5, 2012            ALTEMUS & WAGNER

                            By:    _/s/ Stewart C. Altemus_
                                   STEWART C. ALTEMUS
                                   Attorneys for Plaintiff

Stipulation to Modify Expert Witness
Deadlines in Scheduling Order; Proposed Order

2

1 **ORDER**

2 IT IS SO ORDERED, but the good cause issue is not reached.

3 **Date: 11/5/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge